# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Paul Throndson, on behalf of himself and all others similarly situated, | : | Case No. 2:19-cv-01789-MHW-CMV |
| | : | Judge Watson |
| | : | Magistrate Judge Vascura |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Huntington National Bank, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL

Plaintiff Paul Throndson and Defendant The Huntington National Bank hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Dated: August 3, 2021                                      Respectfully submitted:

/s/ Avi R. Kaufman                                          /s/ Scott A. King
Avi R. Kaufman                                              Scott A. King, Trial Attorney (0037582)
(Admitted *Pro Hac Vice*)                                   Jessica E. Salisbury-Copper (0085038)
KAUFMAN P.A.                                                THOMPSON HINE LLP
400 NW 26th Street                                          Austin Landing I
Miami, FL 33131                                             10050 Innovation Drive, Suite 400
Telephone:  (877) 333-9427                                  Miamiburg, OH 45342
Fax:  (999) 498-8946                                        Telephone:  937.443.6560
kaufman@kaufmanpa.com                                       Facsimile:  937.443.6635
                                                            Scott.King@ThompsonHine.com
and                                                         Jessica.Salisbury-Copper@ThompsonHine.com

Brian T. Giles (0072806)                                    *Attorneys for Defendant The Huntington*
The Law Offices of Brian T. Giles                           *National Bank*
1470 Apple Hill Road
Cincinnati, Ohio 45230
Telephone:  (513) 379-2715
Brian@GilesFirm.com

*Attorneys for Plaintiff*

1